

FILED

5/27/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID DURAN,

        *Plaintiff*,

    v.

DONALD TRUMP, et al.,

        *Defendants*.

Civil Action No. 1:20-cv-01186 (UNA)

**MEMORANDUM OPINION**

This matter is before the Court on review of this *pro se* Plaintiff's Complaint, ECF No. 1, and application to proceed *in forma pauperis*, ECF No. 2. Although *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520 (1972), even *pro se* litigants must comply with the Federal Rules of Civil Procedure, *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). A complaint must contain "(1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(a). The Rule's purpose is "to 'give the defendant fair notice of twhat the . . . claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly*, 550 U.S. 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)).

This Complaint fails to meet Rule 8(a)'s minimal pleading standard. Rather than articulating a legal claim, the pleading reads as Plaintiff's musings about the economy, the criminal justice system, and the impact of COVID-19, among other topics. It neither states the

1

basis for this Court's jurisdiction nor includes a short and plain statement showing that the plaintiff is entitled to the relief he demands.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the Complaint and this civil action without prejudice. An Order will be issued contemporaneously with this Memorandum Opinion.


DATE: May 27, 2020

CARL J. NICHOLS
United States District Judge